(107 So. 925)

W. T. HOLLEY v. W. S. SIKES. (4 Div. 161.) (Court of Appeals of Alabama. Feb. 9, 1926.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge. W. H. Stoddard, of Luverne, for appellant. F. B. Bricken, of Luverne, for appellee.

SAMFORD, J. The record in this case was filed on October 14, 1925. On November 5, 1925, the cause was submitted on motion and on merits. At the regular call of the division the appellee moves for an affirmance on the ground that there is no assignment of error, and no brief for appellant. Under former decisions of this court the motion must be granted. Affirmed.

(105 So. 924)

Emmanuel HOLLIDAY v. STATE. (6 Div. 752.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge. Ed De Graffenried, of Tuscaloosa, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. No appellant's brief is in the record. Appellant was tried and convicted for the offense of robbery. Under the law it is the duty of the jury to ascertain and fix the punishment upon conviction in a case of this character. The punishment was fixed by the jury at 10 years' imprisonment in the penitentiary, and judgment was pronounced and entered accordingly. As we gather from a careful study of this record, the refusal by the court to give the general affirmative charge requested by defendant in writing, and also the action of the court in overruling the motion for a new trial, are relied upon for a reversal. The evidence in this case clearly presented a jury question; the court was without authority, therefore, to direct a verdict for defendant; and the refusal of the affirmative charge was without error. We have carefully examined the motion for a new trial and all incidents in connection therewith, as shown by this record. We are of the opinion that the court's action in overruling said motion was correct. Under the showing made it was manifestly insufficient to justify the court in setting aside the verdict of the jury. There being no error, the judgment appealed from will stand affirmed. Affirmed.

(110 So. 921)

Windom HOLMES v. PHENIX CITY. (5 Div. 619.) (Court of Appeals of Alabama. Nov. 18, 1926.) Appeal from Circuit Court, Lee County; N. D. Denson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(110 So. 921)

M. D. HOOD v. STATE. (4 Div. 224.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Carrying concealed pistol.

RICE, J. Affirmed.

(108 So. 924)

Otis HORTON v. STATE. (3 Div. 520.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge.

RICE, J. Appeal dismissed.

(105 So. 924)

Grant HOWELL v. STATE. (6 Div. 674.) (Court of Appeals of Alabama. June 30, 1925. Aug. 11, 1925.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge. Mayhall & Mayhall, of Haleyville, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for a violation of the prohibition law, defendant appealed. This cause was tried by the court without a jury. There was direct evidence by State Witness Short which tended to show a sale of one quart of whisky by this defendant, who received $4 in payment therefor. Defendant strenuously denied making such sale and offered testimony of other witnesses in corroboration. The trial judge saw and heard the witnesses. He was in a position to observe their demeanor on the stand and the manner in which they testified. The evidence was in conflict, and was ample to sustain the judgment rendered. We are not prepared to reverse the judgment on account of the apparent greater weight of the evidence for defendant, as insisted by counsel for appellant. The only exceptions reserved were to the rulings of the court upon the admission of evidence. These cannot avail the defendant, as no injurious error appears. The judgment is affirmed. Affirmed.

(106 So. 918)

A. G. HOWTON v. STATE. (6 Div. 833.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. There is no question of merit presented by this record. The process is regular, the judgment is in form, there are no exceptions reserved to the introduction of evidence, and the facts make a case for the jury. Let the judgment be affirmed. Affirmed.

(106 So. 918)

Peyton HUGULEY v. STATE. (4 Div. 53.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

RICE, J. Appeal dismissed.